IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Lawrence N. Hjersted, as Executor of the
ESTATE OF NORMAN B. HJERSTED

        Plaintiff,

                                  No. 07-2222-JWL-DJW

v.

UNITED STATES OF AMERICA,

        Defendant.

## **ORDER**

Upon consideration of the United States' Second Unopposed Motion to Stay the Case and for good cause shown,

IT IS HEREBY ORDERED the Motion (docket entry 7) is GRANTED.

IT IS FURTHER ORDERED that the previous Initial Order Regarding Planning and Scheduling (docket entry 4), as amended (docket entry 6), is further amended to require counsel to confer to discuss the nature and basis of their claims and defenses, to discuss the use of mediation or other methods of alternative dispute resolution (ADR), to develop a proposed discovery plan, and to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **April 3, 2008**.

IT IS FURTHER ORDERED that plaintiff shall then submit a complete report of the parties' planning conference to the court by **April 8, 2008**, following the form and other instructions of the Initial Order Regarding Planning and Scheduling.

IT IS FURTHER ORDERED that the scheduling conference currently set for January 15, 2008, is rescheduled to **April 15, 2008, at 3:00 p.m.** The conference will still occur by telephone and will be initiated by the court.

Dated this 4th day of January 2008.

                         s/ David J. Waxse
                         DAVID J. WAXSE
                         UNITED STATES MAGISTRATE JUDGE