**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **Lawrence N. Hjersted, as Executor of the** ) <br> **ESTATE OF NORMAN B. HJERSTED** ) <br> ) <br> **Plaintiff,** ) <br> ) **No. 07-cv-2222-JWL-DJW** <br> **v.** ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> **Defendant.** ) | |

## ORDER

Upon consideration of the United States' Fourth Unopposed Motion to Stay the Case and for good cause shown,

**IT IS HEREBY ORDERED** the Motion (doc. 12) is GRANTED.

**IT IS FURTHER ORDERED** that the previous Initial Order Regarding Planning and Scheduling (doc. 4), as amended (docs. 6, 8 and 10), is amended to require counsel to confer to discuss the nature and basis of their claims and defenses, to discuss the use of mediation or other methods of alternative dispute resolution (ADR), to develop a proposed discovery plan, and to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **September 1, 2008**.

**IT IS FURTHER ORDERED** that plaintiff shall then submit a complete report of the parties' planning conference to the court by **September 5, 2008**, following the form and other instructions of the Initial Order Regarding Planning and Scheduling.

**IT IS FURTHER ORDERED** that the scheduling conference currently set for July 15, 2008, is rescheduled to **September 12, 2008, at 2:00 p.m.** The conference will still occur by telephone and will be initiated by the court.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 23rd day of June 2008.

s/ David J. Waxse<br>
David J. Waxse<br>
U.S. Magistrate Judge

cc:   All counsel and *pro se* parties