IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| Lawrence N. Hjersted, as Executor of the ESTATE OF NORMAN B. HJERSTED | ) ) ) |
| Plaintiff, | ) ) ) No. 07-cv-2222-JWL-DJW |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### **ORDER**

Upon consideration of the United States' Fifth Unopposed Motion to Stay the Case (doc. 14) and for good cause shown,

**IT IS HEREBY ORDERED** that United States' Fifth Unopposed Motion to Stay the Case (doc. 14) is GRANTED.

**IT IS FURTHER ORDERED** that the previous Initial Order Regarding Planning and Scheduling (doc. 4), as amended (docs. 6, 8, 10 and 13), is amended to require counsel to confer to discuss the nature and basis of their claims and defenses, to discuss the use of mediation or other methods of alternative dispute resolution (ADR), to develop a proposed discovery plan, and to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **November 6, 2008**.

**IT IS FURTHER ORDERED** that plaintiff shall then submit a complete report of the parties' planning conference to the Court by **November 10, 2008**, following the form and other instructions of the Initial Order Regarding Planning and Scheduling.

**IT IS FURTHER ORDERED** that the scheduling conference currently set for September 12, 2008, is rescheduled to **November 18, 2008, at 3:00 p.m.** The conference will still occur by telephone and will be initiated by the Court.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 5th day of September 2008.

s/ David J. Waxse  
David J. Waxse  
U.S. Magistrate Judge

cc: All counsel and *pro se* parties